**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Path Medical, LLC |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 47-5580767 |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2304 W. Oakland Park Blvd** **Fort Lauderdale, FL 33311** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward** County | **Location of principal assets, if different from principal place of business** **2304 W. Oakland Park Blvd Fort Lauderdale, FL 33311** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **www.pathmedical.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor   **Path Medical, LLC**                                                    Case number (*if known*) _____
         Name

---

**7.** **Describe debtor's business**   A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor   **Path Medical, LLC**                                    Case number (*if known*) _____
_____Name_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **Path Medical Center Holdings, Inc.** | Relationship | Affiliate |
| District | **Southern District of Florida** | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Path Medical, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**16.  Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
■ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

Debtor   **Path Medical, LLC**                                                    Case number (*if known*) _____
         Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 27, 2021**
              MM / DD / YYYY

X _____          **Manuel Fernandez**
Signature of authorized representative of debtor   Printed name

Title   **CEO**

**18. Signature of attorney**   X _____     Date   **August 27, 2021**
                                Signature of attorney for debtor              MM / DD / YYYY

**Brett Lieberman**
Printed name

**Edelboim Lieberman Revah PLLC**
Firm name

**20200 W Dixie Highway**
**Ste 905**
**Miami, FL 33180**
Number, Street, City, State & ZIP Code

Contact phone   **305-768-9909**        Email address   **Brett@elrolaw.com**

**69583 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Path Medical, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 27, 2021**      X _____
                                    Signature of individual signing on behalf of debtor

                                    **Manuel Fernandez**
                                    Printed name

                                    **CEO**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name | **Path Medical, LLC**
United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA**
Case number (if known): |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alpine Funding, LLC 280 Park Avenue, 6th Floor East New York, NY 10017 | | | | $134,944.82 | $40,616.66 | $94,326.16 |
| Anfield 201 West Park Avenue Suite 100 Tallahassee, FL 32301 | | | | | | $30,000.00 |
| Apex Office Products & Furniture 5209 N. Howard Avenue Tampa, FL 33603 | | | | | | $9,601.47 |
| Citrix Sytems, Inc. 851 W. Cypress Creek Road Fort Lauderdale, FL 33309 | | | | | | $9,264.00 |
| Comvest Capital III, L.P. c/o Corporation Service Company 251 Little Falls Drive Wilmington, DE 19808 | | | | $15,355,671.62* | $4,622,088.15* | $10,733,583.47* |
| Florida Power and Light General Mail Facility Miami, FL 33188 | | | | | | $7,766.06 |
| GreatBanc Trust Company 801 Warrenville Road Suite 500 Lisle, IL 60532 | | | | | | $25,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

*Based on best estimates and allocations of liabilities and estimated collateral value as of July 31, 2021.

Debtor    Path Medical, LLC _____    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Medley Credit Strategies (KOC) LLC 280 Park Avenue, 6th Floor East New York, NY 10017 | | | | $3,071,134.35* | $924,417.64* | $2,146,716.71* |
| Medley Oppurtunity Fund III, LLP 280 Park Avenue, 6th Floor East New York, NY 10017 | | | | $7,736,494.50* | $2,328,700.46* | $5,407,794.04* |
| Meyer Distributing POB 638256 Cincinnati, OH 45263 | | | | | | $12,283.97 |
| Northport TRS, LLC 712 5th Avenue, FL 12 New York, NY 10019 | | | | $15,355,671.62* | $4,622,088.15* | $10,733,583.47* |
| Path Medical Investment Holdings, LLC 2218 Stonesbury Way Wellington, FL 33414 | | | | | | $2,496,016.00 |
| PBC Madison, LLC 7615 S. Flagner Drive West Palm Beach, FL 33405 | | | | | | $2,496,016.00 |
| Phenixfin Corporation 445 Park Avenue 9th Floor New York, NY 10022 | | | | $15,112,744.95* | $4,548,966.73* | $10,563,778.22* |
| ProviderFlow 951 Yamato Road Suite 290 Boca Raton, FL 33431 | | | | | | $13,134.00 |
| RapidScale, Inc. POB 840777 Dallas, TX 75284 | | | | | | $141,057.88 |
| Sierra Income Corporation 100 Park Avenue New York, NY 10017 | | | | $20,011,697.38* | $6,023,561.30* | $13,988,136.08* |
| Southern States Imaging, Inc. P.O. Box 13358 Charleston, SC 29422 | | | | | | $30,952.92 |

*Based on best estimates and allocations of liabilities and estimated collateral value as of July 31, 2021.

Debtor    Path Medical, LLC
_____
          Name

Case number *(if known)*    _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Trispark 5400 S. University Drive David, FL 33328 | | | | | | $1,039,812.22 |
| Virtual OfficeWare Healthcare Solutions 2000 Cliff Mine Road Park West Two, Ste 510 Pittsburgh, PA 15275 | | | | | | $51,701.12 |

**Fill in this information to identify the case:**

Debtor name __**Path Medical, LLC**_____

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:   Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................... $ _____0.00__

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................ $ ____30,047,477.00__

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................... $ ____30,047,477.00__

**Part 2:   Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ ____76,778,359.24__

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $ _____0.00__

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$ ____9,716,355.76__

4.  **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b

    $ ____86,494,715.00__

## United States Bankruptcy Court
### Southern District of Florida

In re   **Path Medical, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 27, 2021**

**Manuel Fernandez/CEO**
Signer/Title

400 Plantation, LLC
400 N. Pine Island Road
Fort Lauderdale, FL 33324

601 Pompano, LLC
5400 S. University Drive, Suite 117
Fort Lauderdale, FL 33328

ABC Habana Group, LLC
1313 Gray Street
Tampa, FL 33606
Aberdeen Pavillion Assoc., LLC
P.O. Box 391
Deal, NJ 07723

Absolute Medical Imaging

AFCO
POB 120809
Dept 0809
Dallas, TX 75312

AJB Holdings Corp., a Florida Corp
5155 Corporate Way, Suite J
Jupiter, FL 33458

Alpine Funding, LLC
280 Park Avenue, 6th Floor East
New York, NY 10017

American Express
POB 360001
Fort Lauderdale, FL 33336

Amphenol Custom Cable, Inc. 3221
Cherry Palm Drive
Tampa, FL 33619

Anfield
201 West Park Avenue
Suite 100
Tallahassee, FL 32301

Apex Office Products & Furniture
5209 N. Howard Avenue
Tampa, FL 33603

Balanced Healthcare, LLC
2516 Montclair Circle
Fort Lauderdale, FL 33327

Bank United
Bankunited N.A.
333 East Las Olas Blvd, 3rd Floor
Mailcode: DTFL-CORPLE
Fort Lauderdale, FL 33301

Broward County Tax Collector 115
S. Andrews Ave,Room #A100 Fort
Lauderdale, FL 33301-1895

C&W South Investments
FL

Citrix Sytems, Inc.
851 W. Cypress Creek Road Fort
Lauderdale, FL 33309

Comvest Capital III, L.P.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

De Lage Landen Financial Services Inc.
1111 Old Eagle School Road
Wayne, PA 19087

ESA Aventura, LLC
3325 S. University Drive, Suite 210
Fort Lauderdale, FL 33328

Espo-Osceola, LLC

Florida Avenue Partners, LLC
14814 N. Florida Avenue
Tampa, FL 33613

Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314

Florida Injury Property Holdings, LLC

Florida Power and Light
General Mail Facility
Miami, FL 33188

Foley & Lardner, LLP
P.O. Box 3391
Tampa, FL 33601

Ganzer Brothers, LLC
c/o Goldenseal Realty Investments
2001 Palm Beach Lakes
West Palm Beach, FL 33409

General Equity Associates,Inc. c/o
Arvana Incorporated
P.O. Box 12729
Saint Petersburg, FL 33733

Grupo TFJ Properties, LLC
13100 Biscayne Blvd
Miami, FL 33181

GSG Capital - US Bank

Hanging Moss RE, LLC
c/o Realvest Equity Partners,
LLC 1800 Pembroke Drive,
Suite 350 Orlando, FL 32810

Hewlett Packard

HH Times Square, LLC
1516 E. Hillscrest Street,
Suite 210 Orlando, FL 32803

Holland & Knight, LLP
777 South Flagler Drive
Suite 1900
West Palm Beach, FL 33401

Humana Medical Plan
P.O. Box 4615
Carol Stream, IL 60197

Initial Landlord JMSS, Inc.
1365 Providence Road
Brandon, FL 33511

Internal Revenue Service
Centralized Insolvency
Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

J.A. Patrick Properties, LLC
and M. Patrick Properties,
LLC
3916 Bamboo Terrace
Bradenton, FL 34210

Jin Yang Corporation
Maddux and Company
7250 SW 39th Terrace Miami,
FL 33155

JMSS, Inc.

K12 Investments, LLC
525 S. Flagler Drive
Ste 500
West Palm Beach, FL 33401

Katten Muchin Rosenman, LLP
525 West Monroe Street
Chicago, IL 60661

Konica Minolta Healthcare
Americas Department 3682
Palatine, IL 60055

KRG CREC/KS Pembroke Pines,
LLC c/o Kite Realty Group
30 South Meridian, Suite 100
Indianapolis, IN 46204

L&B Glades Twin Plaza, LLC
c/o Sterling Retail
Services, Inc.
302 Datura Street, Suite 100
West Palm Beach, FL 33401

Lakeside Shoppes, L.C.
c/o Samuel Susi
7806 Charney Lane
Boca Raton, FL 33496

Landauer Medical Physics
P.O. Box 809153
Chicago, IL 60680

Lockton
3280 Peachtree Road NE
Suite 800
Atlanta, GA 30305

M&M Investment, Inc.
P.O. Box 56-6628
Miami, FL 33256

McKesson Medical-Surgical
9954 Maryland Drive Suite
4000 Henrico, VA 23233

Medley Capital Corporation
282 Park Avenue
6th Floor East
New York, NY 10017


Medley Capital LLC, as Agent
280 Park Avenue, 6th Floor East
New York, NY 10017


Medley Credit Strategies (KOC) LLC
280 Park Avenue, 6th Floor East
New York, NY 10017


Medley Oppurtunity Fund III, LLP
280 Park Avenue, 6th Floor East New
York, NY 10017


Meyer Distributing
POB 638256
Cincinnati, OH 45263


Michael H. Wilensky, MD, LLLP 3661
NE 200 Street
Miami, FL 33180


Mida Commons, LLC
42 Bayview Avenue
Manhasset, NY 11030

Netfortis
5601 6th Ave S
Seattle, WA 98108

Northport TRS, LLC
712 5th Avenue, FL 12
New York, NY 10019

Oakland Forest Plaza, LLC P.O. Box
50170
Pompano Beach, FL 33074-7000

Palm Beach Lakes Corporate Center

Panamerican Holdings Corp.
d/b/a Sheridan Oaks Plaza
9655 S. Dixie Highway, Suite 300
Miami, FL 33156


Path Medical Center Holdings, Inc.
2304 W. Oakland Park Blvd
Fort Lauderdale, FL 33311


Path Medical Investment Holdings, LLC
2218 Stonesbury Way
Wellington, FL 33414


PBC Madison, LLC
7615 S. Flagner Drive
West Palm Beach, FL 33405

Phenixfin Corporation
445 Park Avenue 9th Floor
New York, NY 10022

Photopia, LLC
250 Avenue K. SW, Suite 200
Winter Haven, FL 33880

Plaza Central, LLC
M. David Moallem Realtor
1663 George Streeet, Suite 200
Palm Bay, FL 32907

ProviderFlow
951 Yamato Road
Suite 290
Boca Raton, FL 33431

QI Exchange, LLC
P.O Box 650573
Dallas, TX 75265

Quantum Products, Inc.
POB 297197
Pembroke Pines, FL 33029-7197

RapidScale, Inc.
POB 840777
Dallas, TX 75284

River Crossings Capital, LLC
8813 River Crossing Blvd
New Port Richey, FL 34655

Select Radiology
9827 Meadow Filed Cir
Tampa, FL 33626

Sheridan Oaks Plaza
Shoppes at Village Square
Longwood, FL 32750

Sierra Income Corporation
100 Park Avenue
New York, NY 10017

Southern States Imaging, Inc.
P.O. Box 13358
Charleston, SC 29422

State Farm Fire and Casualty Company
Chief Financial Officer
200 E. Gaines Street
Tallahassee, FL 32399

State Farm Fire and Casualty Company
c/o Holland and Knight
777 South Flagler Drive
Suite 1900
West Palm Beach, FL 33401

State Farm Fire and Casualty Company
c/o Katten Muchin Rosenman LLP Attn:
Daniel M. Entsminger
525 W. Monroe Street
Chicago, IL 60661

State Farm Mutual Automobile Ins.
Co. Chief Financial Officer
200 E. Gaines Street
Tallahassee, FL 32399

Sunshine MZL, LLC
c/o Winslow Property Manage, LLC
80 Hayden Avenue
Lexington, MA 02421

SVAP III Glades Office, LLC

Testa & Sons SIgns, Inc.
5621 Johnson Street
Hollywood, FL 33021


Tri-County Demolition
&Construction, LLC 13387
82nd Street North
West Palm Beach, FL 33412

Trispark
5400 S. University Drive
David, FL 33328

Uber Technologies, Inc.
1455 Market Street
San Francisco, CA 94103

Unifirst
P.O. Box 650481
Dallas, TX 75265

Vanguard Cleaning Systems
12108 N. 56th Street
Tampa, FL 33617

Vanity Number Leasing, LLC
1380 N. University Drive
Fort Lauderdale, FL 33322


Virtual OfficeWare Healthcare Solutions
2000 Cliff Mine Road
Park West Two, Ste 510
Pittsburgh, PA 15275


Virtual OfficeWare Healthcare Solutions
2000 Cliff Mine Road
Pittsburgh, PA 15275


Waller Development Inc.
c/o Jim Waller
1500 Sixth Street NW
Winter Haven, FL 33881


Willis Towers Watson Southeast, Inc. 29848 Network
Place
Chicago, IL 60673

# United States Bankruptcy Court
## Southern District of Florida

In re    __Path Medical, LLC__      Case No. _____

                   Debtor(s)      Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Path Medical, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Path Medical Center Holdings, Inc.**
**2304 W. Oakland Park Blvd**
**Fort Lauderdale, FL 33311**

☐ None [*Check if applicable*]

**August 27, 2021**

Date

**Brett Lieberman**

Signature of Attorney or Litigant

Counsel for    **Path Medical, LLC**

**Edelboim Lieberman Revah  PLLC**
**20200 W Dixie Highway**
**Ste 905**
**Miami, FL 33180**
**305-768-9909 Fax:305-928-1114**
**Brett@elrolaw.com**

**RESOLUTIONS ADOPTED**
**AT SPECIAL MEETING OF THE BOARD OF DIRECTORS OF**
**PATH MEDICAL CENTER HOLDINGS, INC.**
**AND**
**AS SOLE MEMBER OF PATH MEDICAL LLC**

**August 24, 2021**

**A.    Voluntary Petition Under the Provisions of Chapter 11 of Title 11 of the United States Code.**

**RESOLVED**, that on or about December 21, 2021, in the judgment of the Board of Directors (the "Board") of Path Medical Center Holdings, Inc., a Delaware corporation (the "Company"), based on, among other things, advice of counsel, advice of its financial advisor, review of the relevant finances and projections of the Company and its subsidiary, it determined that it was desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file, or cause to be filed, a voluntary petition for relief under the provisions of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida (Fort Lauderdale Division), which filing is was previously approved (the "Chapter 11 Proceedings") and which prior resolution is ratified in its entirety; and it is

**FURTHER RESOLVED**, in the judgment of the Company's Board of Directors, based on, among other things, advice of counsel, advice of its financial advisor, review of the relevant finances and projections of the Company and its subsidiary, it is still desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file, or cause to be filed, a voluntary petition for relief, which is again approved; and it is

**FURTHER RESOLVED**, that in the judgment of the Board, based on, among other things, advice of counsel, advice of its financial advisor, review of the relevant finances and projections of the Company and its subsidiary it is desirable and in the Company's best interests, that the Company, as the sole member of Path Medical, LLC, a Florida limited liability company wholly owned by the Company (the "Subsidiary"), to cause the Subsidiary to file a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida (Fort Lauderdale Division), which filing is hereby approved; and it is

**FURTHER RESOLVED**, that Manuel Fernandez, the Company's Chief Executive Officer, or any other officer as designated by the Board (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, be, and they hereby are, authorized to execute and file on behalf of the Company and the Subsidiary all petitions, schedules, lists and other motions and papers, or documents, and to take any and all actions that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's and the Subsidiary's respective businesses.

## B.    Retention of Professionals

**RESOLVED**, that any Authorized officer be, and each hereby is, authorized to employ the law firm of Edelboim Lieberman Revah, PLLC as bankruptcy counsel to represent and assist the Company and Subsidiary in carrying out their respective duties under the Bankruptcy Code, and to take any and all actions to advance the Company's and Subsidiary's rights and obligations in connection with the Chapter 11 Proceedings including, without limitation, filing any pleadings and petitions for relief; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the Services of Edelboim Lieberman Revah, PLLC; and it is

**FURTHER RESOLVED** that the Company is hereby authorized to pay Edelboim Lieberman Revah, PLLC a retainer of not less than $200,000.00 for bankruptcy costs and services, plus such other amounts as set forth in the engagement agreement and as authorized by the United States Bankruptcy Court; and

**FURTHER RESOLVED**, that any Authorized Officer be, and each hereby is, authorized to employ the law firm of Davis & Goldman PLLC as special corporate counsel, to represent and assist the Company and Subsidiary in any and all matters and provide advice and guidance in connection with, among other things, the operations, ongoing or hereafter arising litigation, and other non-bankruptcy matters of and related to the Company and the Subsidiary during any bankruptcy case; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of Davis & Goldman PLLC; and it is;

**FURTHER RESOLVED**, that any Authorized Officer be, and each hereby is, authorized to employ the law firm of Foley & Lardner LLP as special litigation counsel, to represent and assist the Company and Subsidiary in connection with ongoing litigation; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of Foley & Lardner LLP; and it is

**FURTHER RESOLVED**, that any Authorized Officer be, and each hereby is, authorized to employ on or more financial advisors in the Authorized Officer's discretion to advise the Company and Subsidiary in connection with the Chapter 11 Proceedings including any sale contemplated therein; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of such financial advisor(s); and it is

**FURTHER RESOLVED**, that any Authorized Officer be, and each hereby is, authorized to employ the law firm, Hinshaw & Culbertson LLP as special corporate counsel, to advise the Company and Subsidiary in connection with, among other things, corporate, ESOP, finance and bankruptcy during the Chapter 11 Proceedings; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of Hinshaw & Culbertson LLP; and it is

**FURTHER RESOLVED**, that any Authorized Officer be, and each hereby is, authorized and directed to employ any other professionals to assist the Company and its Subsidiary in carrying out their duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

## C.   Further Actions and Prior Actions

**RESOLVED** that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of them, acting alone, hereby is authorized, directed and empowered, in the name and on behalf of the Company and the Subsidiary to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such Authorized Officer's judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of these resolutions; and it is

**FURTHER RESOLVED,** that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of, and on behalf of, the Company and Subsidiary, which acts would have been approved by the forgoing resolutions except that such acts were taken before these resolutions were adopted, are hereby in all respects confirmed, approved and ratified in all respects; and it is

**FURTHER RESOLVED,** that Any Authorized Officer be, and each hereby is, authorized to obtain and negotiate debtor-in-possession financing ("DIP Financing") on terms substantially similar to the following:

DIP Financing: (a) in the total amount of $5,000,000.00 (Five Million Dollars) through debtor-in-possession financing, subject to Bankruptcy Court approval, pursuant to 11 U.S.C. § 364(b); and (b) pursuant to other reasonable terms and conditions to be determined by the Authorized Agent and all of the foregoing subject to Bankruptcy Court approval.

**FURTHER RESOLVED**, that the Secretary of the Company is hereby authorized, empowered and directed to certify that the foregoing resolutions of the Board were duly adopted as of the date hereof.

The undersigned have executed this written consent effective as of the date first set forth above.

[Signature Page to Follow]

## PATH MEDICAL CENTER HOLDINGS, INC. DIRECTORS:

DocuSigned by:

**Manny Fernandez**

DocuSigned by:

Marta Prado

**Marta Prado**

DocuSigned by:

David Campbell

**David Campbell**

**PATH MEDICAL, LLC**
     **Path Medical Center Holdings, Inc.,**
     **its Sole Member**

DocuSigned by:

**By: Manny Fernandez**
**Its: CEO**

[Signature Page to Written Consent of Directors of Path Medical Holdings, Inc. – Ch. 11 Protection, retention of Professionals, and Further and Prior Actions]

Page 4 of 4