# United States Bankruptcy Court
## Southern District of Florida

In re   **Path Medical, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Path Medical, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Path Medical Center Holdings, Inc.**
**2304 W. Oakland Park Blvd**
**Fort Lauderdale, FL 33311**

☐ None [*Check if applicable*]

**August 27, 2021**
Date

*Brett Lieberman* (signature)
**Brett Lieberman**
Signature of Attorney or Litigant
Counsel for   **Path Medical, LLC**
**Edelboim Lieberman Revah PLLC**
**20200 W Dixie Highway**
**Ste 905**
**Miami, FL 33180**
**305-768-9909 Fax:305-928-1114**
**Brett@elrolaw.com**