CGFD107 (12/01/20)



**ORDERED in the Southern District of Florida on August 30, 2021**

_Scott M Grossman signature_

**Scott M Grossman**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 21−18338−SMG**
**Chapter: 11**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Path Medical, LLC
2304 W. Oakland Park Blvd
Fort Lauderdale, FL 33311

EIN: 47−5580767

## ORDER AUTHORIZING DEBTOR IN POSSESSION TO CONTINUE OPERATION OF ITS BUSINESS, CLOSE PRE−PETITION BANK ACCOUNTS, AND OPEN DEBTOR IN POSSESSION BANK ACCOUNTS

   **THIS MATTER** came before the Court upon the petition filed on **August 28, 2021**. This Court, finds that, pending further order of this Court, the Debtor−in−Possession should be authorized to operate its business and substitute debtor−in−possession bank accounts for its pre−petition bank accounts, in accordance with §§1107 and 1108, or §1184, as applicable, of Title 11, United States Code. Accordingly, it is

   **ORDERED** that:

   (a)   The Debtor, as Debtor−in−Possession, is authorized and allowed to remain in full operation of its business and to manage its property as a debtor−in−possession, consistent with all applicable provisions of Chapter 11 of Title 11 of the United States Code, until further order of this Court.

   (b)   Unless otherwise ordered by the Court, the Debtor, as Debtor−in−Possession, must close the existing bank accounts of the Debtor and open new accounts in the name of the Debtor−in−Possession. All deposits or investments of money of the estate must be made in accordance with 11 U.S.C. §345.

### # # #

The Clerk of the Court is directed to service this Order on All Parties in Interest.