**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Ft. Lauderdale Division**

In re:
PATH MEDICAL LLC,                                     Case No.  21-18338-SMG
                                                       Chapter 11

      Debtor.

_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, Path Medical, LLC (the "Debtor"), files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information represents the Debtor's best estimate in response to some of the ensuing questions as of July 31, 2021. Debtor is diligently working to prepare financial information as of the petition date and same will be reflected in Debtor's schedules and statement of financial affairs.

1.      Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): August 28, 2021

2.      Names, case numbers and dates of filing of related debtors: Path Medical Center Holdings, Inc., Case No. 21-18339-SMG.

3.      Description of debtor's business:

Path is in the business of providing acute trauma treatment and diagnostic imaging services to medical patients. Path is a multi-disciplinary medical practice consisting of more than two-dozen offices throughout the state of Florida.

All of Path's health care centers are "Joint Commission accredited", which means the nation's oldest and largest standards-setting and accrediting body in the health care industry determined that Path meets the highest standards by which health care organizations are evaluated in the United States.  This is unique in Path's industry.

Path serves is medical patients through a combination of leased employees and independently contracted treating physicians. The employees are leased from its parent company, Path Medical Center Holdings, Inc. The treating physicians are all independent contractors.

4.      Locations of debtor's operations and whether the business premises are leased or owned:

**South Florida**

1

| Location Name and Physical Address | Leased or Owned |
|---|---|
| **Path Medical Center-Admin**<br>2304 (Suites A, B and 2314) West Oakland Park Blvd.<br>Ft. Lauderdale, FL 33311 | <u>Leased</u> |
| **Path Medical-Admin (400 N. Pine Is.)**<br>400 N. Pines Island Rd.<br>Plantation, FL 33324 | <u>Leased</u> |
| **Path Medical-Margate/Coral Springs**<br>318 S. State Road 7<br>Margate, FL 33068 | <u>Leased</u> |
| **Path Medical-MRI Hallandale**<br>1016 W Hallandale Beach Blvd<br>Hallandale Beach, FL 33009 | <u>Leased</u> |
| **Path Medical-Broward**<br>2659 West Oakland Park Boulevard<br>Ft. Lauderdale, FL 33311 | <u>Leased</u> |
| **Path Medical-Aventura**<br>18999 Biscayne Blvd. Ste 201<br>Aventura, FL 33180 | <u>Leased</u> |
| **Path Medical-North Miami/North Miami Beach**<br>13210 Biscayne Blvd.<br>North Miami, FL 33181<br>(Suites 13210, 13220, 13230) | <u>Leased</u> |
| **Path Medical-Pines**<br>14818 Pines Blvd.<br>Pembroke Pines, FL 33027 | <u>Leased</u> |
| **Path Medical-Dade**<br>17560 N.W. 27 Avenue,<br>Suites 114-118<br>Miami, FL  33056 | <u>Leased</u> |
| **Path Medical-Hollywood**<br>2544 N. State Road 7<br>Hollywood, FL 33021 | <u>Leased</u> |
| **Path Medical-Admin.**<br>2300 Glades Road<br>Suite 200E<br>Boca Raton, Florida | <u>Leased</u> |
| **Path Medical-MRI Tamarac**<br>4001 W Commercial Boulevard, Tamarac,<br>Florida, 33319 (6-B) | <u>Leased</u> |
| **Path Medical-Pompano**<br>601 East Sample Rd.<br>Ste. 102 & 109 | <u>Leased</u> |

| | |
|---|---|
| Deerfield Beach, FL 33064 | |
| **Path Medical-MRI and Rehab**<br>2900 North Military Trail<br>Ste. 120<br>Boca Raton, FL 33431 | Leased |
| **Path Medical-Palm Beach Lakes**<br>2001 Palm Beach Lakes Blvd.<br>Suite 101<br>Palm Beach, FL 33409 | Leased |
| **Path Medical-MRI PBL**<br>2001 Palm Beach Lakes Blvd., Suite # 100<br>West Palm Beach, Florida, 33409, Office | Leased |
| **Path Medical-Cutler Bay**<br>11285 SW 211 Street<br>Suite 302<br>Miami, FL 33189 | Leased |

## Tampa

| Location Name and Physical Address | Leased or Owned |
|---|---|
| **Path Medical-South Tampa**<br>1369 Providence Road<br>Brandon, FL 33511 | Leased |
| **Injury Centers of Lakeland**<br>809 S. Florida Avenue<br>Lakeland, FL 33803 | Leased |
| **Injury Centers of St. Pete**<br>3140 34th Street North<br>St. Pete, FL 33713 | Leased |
| **Injury Centers of Central Tampa**<br>4700 North Habana Ave., Ste. 100<br>Tampa, FL 33614 | Leased |
| **Injury Centers of North Tampa, LLC**<br>14824 North Florida Ave., Ste. A<br>Tampa, FL 33613 | Leased |
| **Path Medical-Bradenton**<br>6060 and 6080 26th Street West,<br>Bradenton, FL 34207 | Leased |
| **Path Medical-New Port Richey**<br>8813 River Crossing Boulevard<br>New Port Richey, FL 34655 | Leased |

## Orlando Lease Summaries

| Location Name and Physical Address | Leased or Owned |
|---|---|
| **Path Medical-APEX**<br>6148 Hanging Moss Road<br>Suite 100<br>Orlando, FL 32807 | Leased |
| **Path Medical-OBT**<br>6220 South Orange Blossom Trail Ste. 606<br>Orlando, FL 32809 | Leased |
| **Path Medical-Kissimmee**<br>1040 E. Osceola Pkwy<br>Kissimmee, FL 34744 | Leased |
| **Path Medical-Longwood**<br>851 East State Road 434<br>Suite 120-126<br>Longwood, FL 32750 | Leased |
| **Path Medical-Deltona**<br>104 Treemonte Drive, Ste. 100<br>Orange City, FL 32763 | Leased |
| **Path Medical-East**<br>10967 Lake Underhill Road, Ste. 120<br>Orlando, FL 32825 | Leased |
| **Path Medical-Haines City**<br>131 Patterson Road, Haines City, FL 33844 | Leased |

5.      Reasons for filing chapter 11: Due to, among other things, debt structure and cash flow issues prompted by, among other things, the Covid-19 pandemic, and certain litigation with one of the Debtor's revenue sources, the Debtor sought bankruptcy protection to restructure its debts, pay legitimate claims consistent with the Bankruptcy Code, and reorganize its financial affairs for the benefit of all constituencies.

6.      List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

| Name | Position | Salary | Benefits |
|---|---|---|---|
| Manuel Fernandez | CEO | $400,000 | Among other things, potential bonus, vacation/holiday leave, health/dental/life and disability insurance programs as available |
| Melissa Fiacco | COO | $300,000 | Among other things, potential bonus, vacation/holiday leave, health/dental/life and disability insurance programs as available |
| Robin Brooks | CFO | $300,000 | Among other things, potential |

4

| | | | bonus, vacation/holiday leave, health/dental/life and disability insurance programs as available |
|---|---|---|---|

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

| Year | Gross Income |
|---|---|
| January – December, 2020 | Approximately $45,711,000.00 |
| Year-to-date 2021 | Approximately $30,127,000.00 (estimated through August 2021) |

8.    Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:
      At this time, the Debtor believes its priority tax obligations in the form of sales and other tax were current

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims,

| Secured Creditor Name | Estimated Claim Amount | Approximate Collateral Value |
|---|---|---|
| Alpine Funding LLC | $ 134,944.82 | $ 40,618.66 |
| Comvest Capital III, L.P | $ 15,355,671.62 | $ 4,622,088.15 |
| Medley Credit Strategies KOC LLC | $ 3,071,134.35 | $ 924,417.64 |
| Medley Opportunity Fund III LP | $ 7,736,494.50 | $ 2,328,700.46 |
| Northport TRS, LLC | $ 15,355,671.62 | $ 4,622,088.15 |
| PhenixFIN Corporation | $ 15,112,744.95 | $ 4,548,966.73 |
| Sierra Income Corporation | $ 20,011,697.38 | $ 6,023,561.30 |

   c. Amount of unsecured claims:

      General unsecured claims are in the approximate amount of $9,716,355.

9.    General description and approximate value of the debtor's assets:

The Debtor holds accounts receivable in the approximate amount of $23.14M and personal property, including medical equipment, diagnostic equipment, fixtures, office furniture, cash, and other assets in the approximate amount of $5.9M.

10.      List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires: See attached Exhibit "A"

11.      Number of employees and amounts of wages owed as of petition date: Debtor engages Path Medical Center Holdings, Inc. ("Holdings") as an employee leasing company. Approximately 281 people are employed by Holdings that work for the Debtor. Prepetition accrued amounts owed to Holdings to pay the staff is in the approximate amount of $373,000, which the Debtor will seek immediate relief to pay as critical to the operations of the Debtor.

12.      Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): as of the petition date, the Debtor was current on payroll and sales tax obligations.

13.      Anticipated emergency relief to be requested within 14 days from the petition date:

- ➢ Application to employ Edelboim Lieberman Revah PLLC as general bankruptcy counsel
- ➢ Application to employ Davis Goldman, PLLC as litigation and outside corporate counsel
- ➢ Application to Employ Barry Mukamal and Kapila Mukamal PA as financial advisor
- ➢ Application to employ Foley & Lardner LLP as special litigation counsel
- ➢ Application to employ Hinshaw & Culbertson LLP as labor and employment counsel and ESOP counsel
- ➢ Motion for use of Cash Collateral
- ➢ Motion to continue cash management system and maintain prepetition bank account
- ➢ Motion to waive patient care ombudsman
- ➢ Motion to employ/retain key employees
- ➢ Motion to pay critical vendors

- ➢ Motion to pay pre-petition wages and taxes
- ➢ Motion for joint administration

/s/ Manny Fernandez

Manny Fernandez
(Name of Corporate Officer or Authorized
Representative)

/s/ Brett D. Lieberman

Brett D. Lieberman, FB No. 69583
Name and Address of Debtor's Attorney
20200 W. Dixie Highway, Suite 905, Miami, FL 33180

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on all affected parties.

**Path Medical Center Holdings, Inc.**
**Schedule of Insurance - 2020 to 2021**

| Coverage | Limits of Liability / Deductibles | Carrier | Policy # | Policy Term | Premium | |
|---|---|---|---|---|---|---|
| **Commercial Package (General Liability & Property)** | | | | | | |
| **General Liability** | | Hartford Insurance | 21 UUN DF7319 | 9/30/20 | $28,971.35 | GL |
| General Aggregate (Other Than Products Completed Op| $2,000,000 | Company of the | | to | $127.00 | EBL |
| Personal / Advertising Injury | $1,000,000 | Southeast | | 9/30/21 | $288.00 | TRIA |
| Each Occurrence | $1,000,000 | | | | $0.00 | Taxes/Assess. |
| Medical Expenses - Any One Person | $10,000 | | | | **$29,386.35** | **Total** |
| Damage to Premises Rented to You | $1,000,000 | | | | | |
| | | | | | | |
| Employee Benefits Liability | $1,000,000 Each Employee / Aggregate All Claims | | | | | |
| Deductible | $1,000 | | | | | |
| | | | | | | |
| GL Class Code - 66561 - Medical Offices | | | | | | |
| Exposure - Square Feet | | | | | | |
| Includes Extension Endorsment | | | | | | |
| | | | | | | |
| **Property** | | | | | | |
| Business Personal Property | $7,397,885 | Hartford Fire | | | $81,358.00 | Annual Premium |
| Business Income Including Extra Expense | $5,900,200 | Insurance Company | | | $834.00 | TRIA |
| 35 locations - TIV | $13,298,085 | | | | $84.44 | Taxes/Assess. |
| | | | | | **$82,276.44** | **Total** |
| All Coverage Deductible Except Named Storm (AOP Ded| $5,000 | | | | | |
| Windstorm/Hail Deductible | $5,000 | | | | | |
| Named Storm Deductible | 5% or 10% Varies by Location | | | | | |
| Time Element | 72 Hours | | | | | |
| Includes: | | | | | | |
| Healthcare Facilities Properties Extension | | | | | | |
| Additional Coverage Basket - Each Location | | | | | | |
| Real Estate Firms Property Extension | | | | | | |
| | | | | | | |
| AOP Deductible: | $5,000 | | | | | |
| **Business Auto** | | | | | | |
| Combined Single Limit - Symbol 1 | $1,000,000 | Trumbull Insurance | 21 UEN DF9135 | 9/30/20 | $7,314.00 | Annual Premium |
| Uninsured/Underinsured Motorists - Symbol 2 | $1,000,000 | Company | | to | $0.00 | Taxes/Assess. |
| Auto Medical Payments - Symbol 2 | $5,000 | | | 9/30/21 | **$7,314.00** | **Total** |
| Statutory Personal Injury Protection - Symbol 5 | | | | | | |
| Includes Hired Car Liability and Physical Damage | | | | | | |
| Non Owned Exposure - # of Employees - 25 | | | | | | |
| Number of Units at inception: 1 | | | | | | |
| Comprehensive / Collision Deductibles: - Symbol 7, 8 | $1,000 / $1,000 | | | | | |

This Schedule of Insurance is for information purposes only. It does not alter, amend or change coverage. Refer to specific policies for limits, terms, conditions and exclusions.
©2020 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson use only.

**Path Medical Center Holdings, Inc.**
**Schedule of Insurance - 2020 to 2021**

| Coverage | Limits of Liability / Deductibles | Carrier | Policy # | Policy Term | Premium | |
|---|---|---|---|---|---|---|
| **Workers' Compensation** | | | | | | |
| Workers Compensation: Statutory | | Twin City Fire | 21 WE AH0AHK | 9/30/20 | $36,174.00 | Annual Premium |
| Bodily Injury by Accident - Each Accident | $1,000,000 | Insurance Company | | to | $1,325.00 | Taxes/Assess. |
| Bodily Injury by Disease - Policy Limit | $1,000,000 | | | 9/30/21 | **$37,499.00** | **Total** |
| Bodily Injury by Disease - Each Employee | $1,000,000 | | | | | |
| States: FL | | | | | | |
| Exposure - Payroll | $13,254,000 | | | | | |
| **Umbrella** | | | | | | |
| General Aggregate | $5,000,000 | Hartford Casualty | 21 XHU DF7766 | 9/30/20 | $8,256.00 | Annual Premium |
| Products / Completed Operations | $5,000,000 | Insurance Company | | to | $83.00 | TRIA |
| Each Occurrence | $5,000,000 | | | 9/30/21 | **$8,339.00** | **Total** |
| Crisis Management Expenses Aggregate | $300,000 | | | | | |
| Key Employee Replacement Expenses Aggregate | $100,000 | | | | | |
| | | | | | | |
| Deductible: | $10,000 | | | | | |
| **Cyber Package** | | | | | | |
| Liability Coverages: | | Berkley Assurance | BCRS1-3000152 | 9/30/20 | $14,368.00 | Annual Premium |
| Data Securiy and Privacy | $1,000,000 / $25,000 | Company | | to | $718.40 | Surplus Taxes |
| Regulatory | $1,000,000 / $25,000 | | | 9/30/21 | **$15,086.40** | **Total** |
| Payment Card Industry (PCI) | $1,000,000 / $25,000 | | | | | |
| Cyber Media | $1,000,000 / $25,000 | | | | | |
| First Party Coverages: | | | | | | |
| Data Breach Response | $1,000,000 / $25,000 | | | | | |
| Business Interruption Aggregate: | $1,000,000 | | | | | |
| Business Interruption | $1,000,000 / Extra Expense: $25,000 Income Loss: 8 hours | | | | | |
| Contingent Business Interruption | $1,000,000 / Extra Expense: $25,000 Income Loss: 8 hours | | | | | |
| System Failure Business Interruption | $1,000,000 / Extra Expense: $25,000 Income Loss: 8 hours | | | | | |
| Reputation Risk | $1,000,000 / Income Loss: 8 Hours | | | | | |
| Ransomware Extortion | $1,000,000 / $25,000 | | | | | |
| Cyber Crime | $250,000 / $25,000 | | | | | |
| Social Engineering | $250,000 / $25,000 | | | | | |
| **Miscellaneous Medical Professional Liability** | | | | | | |
| Specified Medical Professions Professional Liability | $1,000,000 each claim | Evanston | SM937743 | 9/30/20 | $154,500.00 | Annual Premium |
| Claims Made Coverage | $3,000,000 aggregate | Insurance Co. | | to | $7,725.00 | Surplus Taxes |
| Retroactive Date | 1/7/08 | | | 9/30/21 | **$162,225.00** | **Total** |
| Deductible | $5,000 | | | | | |
| **Executive Risk Package - Primary - AIG $1.5M** | | | | | | |
| Aggregate | $3,000,000 | National Union | 13101736 | 7/30/21 | $91,067.00 | Annual Premium |
| Shared Limit of Liability - D&O, FIDU, EPL, | $1,500,000 | Fire Ins. Co. of | | to | $0.00 | Taxes/Assess. |

This Schedule of Insurance is for information purposes only. It does not alter, amend or change coverage. Refer to specific policies for limits, terms, conditions and exclusions.
©2020 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson use only.

**Path Medical Center Holdings, Inc.**
**Schedule of Insurance - 2020 to 2021**

| Coverage | Limits of Liability / Deductibles | Carrier | Policy # | Policy Term | Premium | |
|---|---|---|---|---|---|---|
| Crisis Fund, K&R | | Pittsburgh, PA. | | 12/31/21 | **$91,067.00** | Total |
| Deductibles D&O / FIDU: | $1,000,000 | (AIG) | | | | |
| Deductible EPL: | $150,000 1st Party / $250,000 3rd Party | | | | | |
| **Excess ERPK - Markel  - $1.5M XS $1.5M** | | | | | | |
| Shared Limit of Liability - D&O, Fiduciary, EPL | $1,500,000 excess $1,500,000 | Markel | MKLM7MXM000030 | 7/30/21 | $52,379.00 | Annual Premium |
| | | Insurance Co. | | to | $0.00 | Taxes/Assess. |
| | Underlying Limits | | | 12/31/21 | **$52,379.00** | Total |
| | $1,500,000 National Union Fire Ins. Co. | | | | | |
| **Excess ERPK - ANV  - $1.5M XS $3M** | | | | | | |
| Shared Limit of Liability - D&O, Fiduciary, EPL | $1,500,000 excess $3,000,000 | Republic | ANV130920A | 7/30/21 | $37,052.00 | Annual Premium |
| | | Vanguard Ins.  Co. | | to | $3,719.10 | Surplus Taxes |
| | Underlying Limits | (ANV) | | 12/31/21 | **$40,771.10** | Total |
| | $1,500,000 National Union Fire Ins. Co. | | | | | |
| | $1,500,000 Markel Insurance Company | | | | | |
| **Excess ERPK - Argonaut - $1.5M XS $4.5M** | | | | | | |
| Shared Limit of Liability - D&O, Fiduciary | $1,500,000 excess $4,500,000 | Argonaut | MLX4243826-1 | 7/30/21 | $42,374.00 | Annual Premium |
| | | Insurance Co. | | to | $0.00 | Taxes/Assess. |
| | Underlying Limits | | | 12/31/21 | **$42,374.00** | Total |
| | $1,500,000 National Union Fire Ins. Co. | | | | | |
| | $1,500,000 Markel Ins. Company | | | | | |
| | $1,500,000 Republic Vanguard Ins. Co. | | | | | |
| **Excess ERPK - Ironshore - $3M XS $6M** | | | | | | |
| Shared Limit of Liability - D&O, Fiduciary | $3,000,000 excess $6,000,000 | Ironshore | DO6NABZXOW001 | 7/30/21 | $45,000.00 | Annual Premium |
| | | Indemnity Inc. | | to | $0.00 | Taxes/Assess. |
| | Underlying Limits | | | 12/31/21 | **$45,000.00** | Total |
| | $1,500,000 National Union Fire Ins. Co. | | | | | |
| | $1,500,000 Markel Ins. Company | | | | | |
| | $1,500,000 Republic Vanguard Ins. Co. | | | | | |
| | $1,500,000 Argonaut Ins. Co. | | | | | |
| **Excess DIC Side A Only Executive Advantage** | | | | | | |
| D&O | $1,000,000 excess of $9,000,000 | Liberty Surplus | DO5ATABSKSF002 | 7/30/21 | $150,000.00 | Annual Premium |
| Excess of $9M or Drop Down if Difference in Conditions | | Insurance Corp. | | to | $6,578.00 | Surplus Taxes |
| | Underlying Limits | | | 12/31/21 | **$156,578.00** | Total |
| | $1,500,000 National Union Fire Ins. Co. | | | | | |
| | $1,500,000 Markel Ins. Company | | | | | |
| | $1,500,000 Republic Vanguard Ins. Co. | | | | | |
| | $1,500,000 Argonaut Ins. Co. | | | | | |
| | $3,000,000 Ironshore Indemnity Ins. Co. | | | | | |

This Schedule of Insurance is for information purposes only. It does not alter, amend or change coverage. Refer to specific policies for limits, terms, conditions and exclusions.
©2020 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson use only.

**Path Medical Center Holdings, Inc.**
**Schedule of Insurance - 2020 to 2021**

| Coverage | Limits of Liability / Deductibles | Carrier | Policy # | Policy Term | Premium | |
|---|---|---|---|---|---|---|
| **Crime** | | | | | | |
| Employee Theft Coverage | $1,000,000 | Federal | 8258-2652 | 5/1/20 | $8,875.00 | Annual Premium |
| Premises Covoerage | $1,000,000 | Insurance  Co. | | to | $0.00 | Taxes/Assess. |
| In Transit Coverage | $1,000,000 | | | 5/1/21 | **$8,875.00** | Total |
| Forgery Coverage | $1,000,000 | | | | | |
| Computer Fraud Coverage | $1,000,000 | | | | | |
| Funds Transfer Fraud Coverage | $1,000,000 | | | | | |
| Money Orders & Counterfeit Currency Fraud Coverage | $1,000,000 | | | | | |
| Credit Card Fraud Coverage | $1,000,000 | | | | | |
| Client Coverage | $1,000,000 | | | | | |
| Expense Coverage | $1,000,000 | | | | | |
| Social Engineering Fraud Coverage Endorsement | $50,000 | | | | | |
| | | | | | | |
| Deductibles: | $50,000 | | | | | |
| **Total Premium** (including taxes/fees) | | | | | **$779,170.29** | |

This Schedule of Insurance is for information purposes only. It does not alter, amend or change coverage. Refer to specific policies for limits, terms, conditions and exclusions.
©2020 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson use only.