

ORDERED in the Southern District of Florida on October 21, 2024.

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 21-18338-SMG** |
| **PATH MEDICAL, LLC,** ) | **Case No. 21-18339-SMG** |
| **PATH MEDICAL CENTER** ) | **(Jointly Administered)** |
| **HOLDINGS, INC.,** ) | **Chapter 11** |
| ) | |
| **Debtors.** ) | |
| _____ ) | |

**AGREED PROTECTIVE ORDER
REGARDING CONFIDENTIAL TRANSACTION DOCUMENTS**

THIS MATTER coming before this Court upon the *Agreed* ex Parte *Motion for Entry of Protective Order Regarding Confidential Transaction Documents* [Docket No. 584] (the "Motion"), and this Court having reviewed the Motion[1] and the statements of counsel therein, and there being good cause for the relief requested therein on an *ex parte* basis, and this Court being otherwise fully advised in the premises, it is

1. **ORDERED** that the Motion is **GRANTED** as set forth herein.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

2. **ORDERED** that Lewin may produce to the Liquidating Trustee, through counsel, the Confidential Documents.

3. **ORDERED** that, other than as explicitly set forth herein, nothing in this Order shall affect, amend, or modify any existing confidentiality agreements or protective orders applicable to the Confidential Documents, and nothing in this Order shall constitute a waiver of any rights under any such agreements or orders.

4. **ORDERED** that the production of privileged or work-product protected documents, electronically stored information or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in these above-captioned chapter 11 cases or in any other federal or state proceeding.  This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

5. **ORDERED** that the Liquidating Trustee, solely in her capacity as the trustee of the Path Liquidating Trust as successor in interest to the Debtors, shall comply with all applicable confidentiality obligations with respect to the Confidential Documents.

6. **ORDERED** that this Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

###

Submitted by:
Jessey J. Krehl, Esq.
*Counsel for the Liquidating Trust*
Pack Law, P.A.
51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Tel: 305-916-4500
Email: jessey@packlaw.com

*(Attorney Jessey J. Krehl is directed to serve this order in accordance with all applicable rules and file a conforming certificate of service.)*